

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

Case No. 2:23mj97
Court Date: June 2, 2023

JOSHUA D. CAPLES

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)- Violation Notice No. E1824854

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 19, 2023, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JOSHUA D. CAPLES, did unlawfully drive and operate a motor vehicle while under the influence of alcohol and with a blood alcohol concentration of at least .15 grams per 210 liters of breath, but not more than .20 grams per 210 liters of breath, as indicated by a chemical test, to wit: did have a blood alcohol concentration of .15 grams per 210 liters of breath.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Sections 18.2-266 and 18.2-270.)

<u>COUNT TWO</u>
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 19, 2023, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JOSHUA D. CAPLES, did willfully and unlawfully disregard a visible and audible signal from a law-enforcement officer to bring his motor vehicle to a stop and drove his motor vehicle in willful and wanton disregard of such signal.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-817.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Meridith A. Wailes
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Meridith.Wailes@usdoj.gov

CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Meridith Wailes*
Meridith A. Wailes
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Meridith.Wailes@usdoj.gov

26 May 23
Date